UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Clifford A. Gooden, III, | Case No. 22-cv-2543 (KMM/LIB) |
| Petitioner, | |
| v. | **ORDER** |
| Tim Lane et al., | |
| Respondents. | |

The above matter comes before the Court upon the Report and Recommendation (R&R) of United States Magistrate Judge Leo I. Brisbois, dated October 21, 2022. No objections have been filed to that R&R in the permitted time period.

In the absence of objections, the Court reviews the R&R for clear error. *Nur v. Olmsted County*, 563 F. Supp. 3d 946, 949 (D. Minn. 2021) (citing Fed. R. Civ. P. 72(b) and *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam)). Based on the Court's careful review of the R&R and the record in this case, the Magistrate Judge committed no error, clear or otherwise.

**IT IS HEREBY ORDERED THAT**:

1. The Report and Recommendation [ECF No. 5] is **ACCEPTED**;

2. Petitioner's Application to Proceed in District Court without Prepaying Fees or Costs [ECF No. 2] is **DENIED** as moot;

3. Petitioner's Motion to Authorize this Court to Obtain the Original Record in the Ensuing Criminal Case [ECF No. 3] is **DENIED** as moot; and

4. Petitioner's Motion to Stay the state court criminal proceedings [ECF No. 4] is **DENIED** as moot;

5. This matter is **DISMISSED** without prejudice for lack of subject matter jurisdiction.

**Let Judgment Be Entered Accordingly.**

Date: March 29, 2023

    *s/Katherine Menendez*
Katherine Menendez
United States District Judge